NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD C. MORINGIELLO,          )
                                )
        Appellant,              )
                                )
v.                              )     Case No.   2D20-1167
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____ )

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County, Nicholas R. Thompson,
Judge.

Donald C. Moringiello, pro se.


PER CURIAM.


        Affirmed.


SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.